IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE GREEN TRADING COMPANY, LLC,
An Oregon limited liability company,

        Plaintiff,　　　　　　　　　　　　　　　　　　　Civ. No. 1:20-cv-01787-CL

        v.　　　　　　　　　　　　　　　　　　　　　　　　ORDER

BARRY SHY,

        Defendant.
_____

MCSHANE, Judge:

        Magistrate Judge Mark Clarke filed a Findings and Recommendation (#20), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although neither party filed objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Clarke's Findings and Recommendation (#20) is adopted. Plaintiff's Motion for Default Judgment (#11) is GRANTED. Judgment will be entered against Defendant Barry Shy in the amount of $5,659,000.00.

IT IS SO ORDERED.

        DATED this 14th day of July, 2021.

                                                           /s/ Michael J. McShane
                                                           Michael McShane
                                                         United States District Judge

1 – ORDER