IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

THE GREEN TRADING COMPANY, LLC,
An Oregon limited liability company,

        Plaintiff,                                 Civ. No. 1:20-cv-01787-CL

        v.                                        JUDGMENT

BARRY SHY,

        Defendant.

_____

MCSHANE, Judge:

        Based on the record, Judgment is entered against Defendant Barry Shy in the amount of $5,659,000.00.

IT IS SO ORDERED.

        DATED this 14th day of July, 2021.

                                                _____/s/ Michael J. McShane_____
                                                        Michael McShane
                                                   United States District Judge